# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-40381
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

January 15, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOSUE LEONEL TORRES-BENAVIDES,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:10-CR-596-1

_____

Before HAYNES, HIGGINSON, and DOUGLAS, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Josue Leonel Torres-Benavides has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Torres-Benavides has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected

————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40381

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.